# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  JOSEPH P. TRACEY          §      Case No. 11-82013
       RHONDA A. TRACEY         §
                                §
       Debtors                  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 04/29/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/09/2011.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,317.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 0.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |

Attorney fees paid and disclosed by debtor:   $ 1,000.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OSTLING & ASSOCIATES | Lgl | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Sec | 5,000.00 | 1,424.81 | 1,424.81 | 0.00 | 0.00 |
| BOONE COUNTY TREASURER | Sec | 4,017.93 | 4,017.93 | 4,017.93 | 0.00 | 0.00 |
| BOONE COUNTY TREASURER | Sec | 4,176.35 | 4,176.35 | 4,176.35 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 787.04 | NA | NA | 0.00 | 0.00 |
| ALPINE BANK | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| AMERICA ONLINE | Uns | 95.60 | NA | NA | 0.00 | 0.00 |
| AMERICAN MARKETING PUBLISH | Uns | 1,160.61 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS LLC | Uns | 2,293.70 | 2,403.70 | 2,403.70 | 0.00 | 0.00 |
| DBK ENCYCLOPEDIA | Uns | 18.92 | NA | NA | 0.00 | 0.00 |
| DR DRAKE | Uns | 1,950.00 | NA | NA | 0.00 | 0.00 |
| ELECTRICK ELECTRICAL | Uns | 9,101.03 | 9,718.51 | 9,718.51 | 0.00 | 0.00 |
| HARTSOUGH DERMATOLOGY | Uns | 107.58 | 107.58 | 107.58 | 0.00 | 0.00 |
| HOME PAGES DIRECTORIES | Uns | 1,215.99 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 4,015.90 | NA | NA | 0.00 | 0.00 |
| M ALLYSON MISEVICH | Uns | 2,006.60 | NA | NA | 0.00 | 0.00 |
| MARK L LUNDINE MD | Uns | 287.80 | NA | NA | 0.00 | 0.00 |
| MARSHALL FIELDS / ACI | Uns | 160.47 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| MATHERS CLINIC | Uns | 212.50 | NA | NA | 0.00 | 0.00 |
| MIDWEST DENTAL | Uns | 67.60 | NA | NA | 0.00 | 0.00 |
| MOVEI GALLERY | Uns | 40.41 | NA | NA | 0.00 | 0.00 |
| NORUP TRENCHING | Uns | 6,646.33 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY WOMENS HEALTH | Uns | 224.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL J LUCHTENBURG | Uns | 1,758.00 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB / GE CAPITAL | Uns | 428.46 | NA | NA | 0.00 | 0.00 |
| SCHOLASTIC / RMCB | Uns | 74.62 | NA | NA | 0.00 | 0.00 |
| SEARS | Uns | 5,560.91 | NA | NA | 0.00 | 0.00 |
| SPRINT.NEXTEL - DISTRIBUTIONS | Uns | 266.94 | 393.87 | 393.87 | 0.00 | 0.00 |
| SPRINT | Uns | 2,685.95 | NA | NA | 0.00 | 0.00 |
| STANS LUMBER / GODFREY ATTY | Uns | 9,808.27 | NA | NA | 0.00 | 0.00 |
| STEVENS PORTABLE TOILETS | Uns | 241.50 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 103.40 | 135.33 | 135.33 | 0.00 | 0.00 |
| YELLOW BOOK | Uns | 2,422.00 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK | Uns | 2,930.62 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 83.73 | 83.73 | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 145.59 | 145.59 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 0.00 | 717.13 | 717.13 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,424.81 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 8,194.28 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,619.09 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 13,705.44 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  09/08/2011         By:  /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)